UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RANDALL J. FLECK,**

      **Plaintiff,**

v.                                      Case No. _____

**REGIONS BANK d/b/a REGIONS MORTGAGE,**

      **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Randall J. Fleck ("Fleck"), hereby sues Regions Bank d/b/a Regions Mortgage ("Regions") for discrimination in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, *et seq.* ("ADEA"),[1] and in support thereof alleges as follows:

### Jurisdiction, Parties and Venue

1.    Fleck is a resident of Hillsborough County, Florida and was employed by Regions in Hillsborough County, Florida.

2.    Regions is a foreign corporation with its principal place of business

---

[1] Plaintiff intends to amend to add a claim of gender discrimination pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), as well as claims of age and gender discrimination pursuant to the Florida Civil Rights Act of 1992 ("FCRA"), Ch. 760, Fla. Stat. (2021), once he has exhausted his administrative remedies under the FCRA.

in Birmingham, Alabama, and is authorized to do and does business in Hillsborough County, Florida.

3. This is an action for equitable relief, including declaratory relief, injunctive relief, reinstatement or lost wages and benefits in lieu of reinstatement, liquidated and other damages.

4. Jurisdiction and venue properly lay in this Court.

**General Facts**

5. Fleck is 64 years old.

6. Fleck has been employed as a Mortgage Loan Originator/VP by Regions since June 2011.

7. In both 2020 and 2021, Fleck was the top mortgage producer in the Tampa Bay Area and was one of the top five producers for Florida.

8. In February 2022, Fleck applied for and was denied a promotion to the position of Carrollwood Mortgage Production Manager.

9. During the interview process, Fleck was asked why he wanted the position at this stage of his career.

10. One of the interviewers also told Fleck that her number one priority was diversity.

11. A female who is approximately 20 years younger than Fleck and far

less qualified than Fleck was selected for the position.

12. Regional Manager Steve Pickett, who was the hiring manager, told Fleck that the decision had been between Fleck and one other person, that the female was selected, and that it had nothing to do with age.

13. Picket also commented that everyone would be shocked at the selection and would think he had lost his mind, but that he could see the female replacing him in 10 years or so.

## COUNT I
## Violation of the ADEA

14. Fleck restates and incorporates herein the allegations in paragraphs 1 through 13 above.

15. Fleck complied with any applicable conditions precedent and exhausted all administrative remedies prior to bringing this claim, including: filing a Charge of Discrimination ("Charge") with the United States Equal Employment Opportunity Commission ("EEOC") on or about March 4, 2022, which was within the requisite 300 days of the adverse action at issue; and waiting the requisite 60 days before filing suit.

16. At all material times, Fleck was an "employee" of Regions within the meaning of the ADEA.

17. At all material times, Regions was an "employer" within the meaning of the ADEA.

18. Regions denied Fleck the promotion due to his age in violation of the ADEA.

19. Regions' violation of the ADEA was willful.

20. As a result of the foregoing actions, Fleck suffered lost wages and benefits and continues to suffer said losses.

21. As a result of the foregoing actions, Fleck retained the undersigned law firm to which he is obligated to pay reasonable attorney's fees, costs and expenses.

22. Fleck is entitled to recover his attorney's fees, costs and other litigation expenses from Regions if he prevails in this action pursuant to the ADEA.

**WHEREFORE**, Fleck requests that this Honorable Court enter judgment in his favor and against Regions:

A. Taking jurisdiction over this action;

B. Declaring that Regions violated the ADEA and that Regions' violation was willful and not in good faith;

C. Enjoining Regions from further violations of the ADEA;

D.  Awarding Fleck his back pay and benefits from the time of the promotion forward;

E.  Instating Fleck with full seniority and benefits as though he had been promoted or, alternatively, awarding Fleck front pay and benefits;

F.  Awarding Fleck liquidated damages in an amount equal to the compensation awarded (requested in paragraph D above) due to Regions' lack of good faith or, alternatively, awarding Fleck pre-judgment interest;

G.  Awarding Fleck his reasonable attorney's fees, costs and expenses pursuant to 29 U.S.C. § 216(b);

H.  Awarding pre-judgment and/or post-judgment interest as appropriate; and

I.  Awarding such other relief as it deems just and proper including without limitation any actual or nominal damages warranted.

## Demand for Jury Trial

23.  Fleck demands a trial by jury on all issues so triable.

Dated this 11th day of May, 2022.

Respectfully submitted,
SHANKMAN LEONE, P.A.

*s/ Kendra D. Presswood*
Kendra D. Presswood
Florida Bar No. 0935001
kpresswood@shankmanleone.com
David S. Shankman
Florida Bar No. 0940186
dshankman@shankmanleone.com
707 North Franklin Street, 5th Floor
Tampa, Florida 33602
Phone: (813) 223-1099; Fax: (813) 223-1055
*Attorneys for Plaintiff*